Brickfield & Donahue
70 Grand Avenue, Suite 102
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Defendants Victor Mungai
Kamunge and Merit Technical Institute

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| The United States of America, | |
| Plaintiff, | CIVIL ACTION NO.: 07-2369 (WHW) |
| v. | |
| VICTOR MUNGAI KAMUNGE, a/k/a VICTOR MUNGAI, a/k/a MUNGAI KAMUNGE, and MERIT TECHNICAL INSTITUTE, | CONSENT ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT |
| Defendants. | |

THIS MATTER having come before the United States District Court for the District of New Jersey on the application of Brickfield & Donahue, attorneys for Defendants, Victor Mungai Kamunge and Merit Technical Institute, for an extension of time within which to answer or otherwise respond to Plaintiff's Complaint, for a period of thirty (30) days, and Plaintiffs having consented to the form and entry of this Order; and for other good cause shown;

IT IS on this 16 day of October, 2007;

ORDERED that the time within which Defendants must answer, be and hereby is extended to a period of thirty (30) days, to and including October 20, 2007.

1

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

We hereby consent to the form and entry
of the within Order:

Brickfield & Donahue
Attorneys for Defendants,
Victor Mungai Kamunge and
Merit Technical Institute

By: _____
Paul Brickfield, Esq.

Christopher J. Christie, U.S. Attorney
Peter G. O'Malley, AUSA
Attorney for Plaintiff,
The United States of America

By: _____
Peter G. O'Malley, Esq.

2